UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES ALFORD** | * | **CIVIL ACTION NO. 3:23-CV-00138** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **TAYLOR SEIDENBACH, INC., AK STEEL CORP., CATERPILLAR INC., CHEVRON PHILLIPS CHEMICAL COMPANY LP, FLOWSERVE CORP., FLOWSERVE US, INC., FMC CORP., GOULDS PUMPS INC., MORSE TEC, LLC, NATIONAL OILWELL VARCO, LP, PNEUMO ABEX, LLC, UNION CARBIDE CORP., UNITED STEEL CORPORATION, NOBLE CORP. NOBLE DRILLING (U.S.), LLC, TRAVELERS INDEMNITY CO., CHEVRON U.S.A. INC., EL PASO ENERGY E.S.T., EPEC OIL COMPANY SHELL USA, INC., TEXACO INC.** | * * * * * * * * * * * * * * | **JUDGE JOHN W. DEGRAVELLES** <br><br><br><br> **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| * * * * * * * * * * * * * | | |

### *EX PARTE* MOTION TO AMEND NOTICE OF REMOVAL AND EXHIBIT

Defendant, Chevron Phillips Chemical Company LP ("CPChem"), respectfully moves this Court to amend the caption of the notice of removal (Rec. Doc. 1) and to amend Exhibit C to the notice of removal (Rec. Docs. 1-4 and 3-3) by substituting them with the attached amended notice of removal and exhibit. The attached amended notice of removal corrects the caption to list all defendants, as instructed by the Clerk, and the amended exhibit includes an additional map of the Eugene Island Area, South Addition.

WHEREFORE, for the foregoing reasons, CPChem prays that this Court grant their motion and amend the caption of the notice of removal (Rec. Doc. 1) and to amend Exhibit C to the notice of removal (Rec. Docs. 1-4 and 3-3) by substituting them with the attached amended notice of removal and exhibit.

        Respectfully submitted,

        **ADAMS AND REESE LLP**

        */s/ Luke G. LaHaye*
        Alex E. Cosculluela (#19529)
        Charles A. Cerise, Jr. (#1755)
        Luke G. LaHaye (#38809)
        701 Poydras Street, Suite 4500
        New Orleans, Louisiana 70130
        Telephone: (504) 581-3234
        Facsimile: (504) 566-0210
        alex.cosculluela@arlaw.com
        charlie.cerise@arlaw.com
        luke.lahaye@arlaw.com
        ***Attorneys for Chevron Phillips Chemical Company LP***